1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770                    **OK/HAV**
4
   Attorney for WILLETTE E. KING,
5  Defendant

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) No.  CR.S-06-186-DFL
                                    )
12             Plaintiff,           ) **STIPULATION AND ORDER CONTINUING**
                                    ) **STATUS CONFERENCE**
13      v.                          )
                                    )
14 KENNETH L. ARNOLD and            )
   WILLETTE E. KING,                )
15                                  )
               Defendants.          )
16                                  )

17

18

19     The parties in the within matter, by and through their respective

20 counsel, hereby stipulate and agree that the status conference

21 presently set for August 10, 2006, shall be continued to September 14,

22 2006, at 10:00 a.m.

23     The purpose of this continuance is to allow both defense counsel

24 additional time for investigation and for negotiation with the

25 Government.  Accordingly, the parties further stipulate and agree to

26 exclusion of time from date of the last status conference on June 29,

27 2006, through September 14, 2006, for adequate preparation of counsel

28 pursuant to 18 U.S.C. §3161(h)(B)(iv) (Local Code T-4).

```
Dated:  August 8, 2006              /s/ CANDACE A. FRY
                                    CANDACE A. FRY, Attorney for
                                    WILLETTE E. KING, Defendant


Dated:  August 8, 2006              McGREGOR W. SCOTT
                                    United States Attorney


                                 By /s/ CANDACE A. FRY   for
                                    MARY L. GRAD,
                                    Assistant U.S. Attorney


Dated:  August 8, 2006              DANIEL J. BRODERICK
                                    Federal Defender


                                 By /s/ CANDACE A. FRY   for
                                    CARO MARKS
                                    Assistant Federal Defender
                                    Attorney for KENNETH L.
                                    ARNOLD, Defendant

                                    (Signed for Ms. Grad and Ms. Marks
                                    with their prior authorization)
```

## O R D E R

IT IS SO ORDERED.

Dated: 8/9/2006

_____
DAVID F. LEVI
United States District Judge