CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for WILLETTE E. KING,            **OK/HAV**
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>            Plaintiff,                  )<br>                                        )<br>       v.                               )<br>                                        )<br>KENNETH L. ARNOLD and                   )<br>WILLETTE E. KING,                       )<br>                                        )<br>            Defendants.                 )<br>                                        ) | No.  CR.S-06-186-DFL<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

   The parties in the within matter, by and through their respective counsel, hereby stipulate and agree that the status conference presently set for November 2, 2006, shall be continued to December 14, 2006, at 10:00 a.m.

   The purpose of this continuance is to allow both defense counsel additional time for investigation and for negotiation with the Government.  Accordingly, the parties further stipulate and agree to exclusion of time from date of the last status conference on September 14, 2006, through December 14, 2006, for adequate preparation of counsel pursuant to 18 U.S.C. §3161(h)(B)(iv) (Local Code T-4).

-1-

```
Dated:  November 1, 2006                    /s/ CANDACE A. FRY
                                        CANDACE A. FRY, Attorney for
                                        WILLETTE E. KING, Defendant


Dated:  November 1, 2006                   McGREGOR W. SCOTT
                                           United States Attorney


                                      By /s/ CANDACE A. FRY  for
                                         MARY L. GRAD,
                                         Assistant U.S. Attorney


Dated:  November 1, 2006                   DANIEL J. BRODERICK
                                           Federal Defender


                                      By /s/ CANDACE A. FRY  for
                                         CARO MARKS
                                         Assistant Federal Defender
                                         Attorney for KENNETH L.
                                         ARNOLD, Defendant

                                         (Signed for Ms. Grad and Ms. Marks
                                         with their prior authorization)
```

**O R D E R**

IT IS SO ORDERED.

Dated: November 2, 2006


/s/ David F. Levi
DAVID F. LEVI
UNITED STATES DISTRICT JUDGE

-2-