McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814                **OK/HAV**
Telephone:  (916) 554-2763

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>           Plaintiff,        )<br>                             )<br>                             )<br>      v.                     )<br>                             )<br>KENNETH ARNOLD et al.        )<br>                             )<br>           Defendant.        )<br>_____) | CR. S-06-186 DFL<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME UNDER THE<br>SPEEDY TRIAL ACT |

   The status conference in the captioned action is currently scheduled for December 14, 2006 at 10:00 a.m.  Defendant Willette King has been provided a plea agreement.  Counsel for Ms. King needs additional time to investigate to be able to advise her client regarding the plea agreement.

   Counsel for Mr. Arnold has met with him but needs additional time to go over the provided discovery so that Mr. Arnold can determine whether to resolve this case short of trial or set a trial date in the matter.

   Accordingly, the parties request that the status conference be continued until January 18, 2007 10:00 a.m.  The continuance is necessary for continuity of counsel and to give counsel time for

1 defense preparation.
2     The parties also request that the court exclude time within
3 which the trial of this matter must commence under the provisions of
4 the Speedy Trial Act from December 14, 2006 through January 18, 2007
5 for defense preparation and continuity of counsel under 18 U.S.C. §
6 3161(h)(8)(B)(iv) (local Code T4).

                                            McGREGOR W. SCOTT
                                            United States Attorney

DATED: December 8, 2006         By  /s/ Mary L. Grad
                                            MARY L. GRAD
                                            Assistant U.S. Attorney

                                            /S/ Candace Fry
                                            CANDACE FRY
                                            Counsel for Willette King

                                            /s/ Caro Marks
                                            CARO MARKS
                                            Counsel for Kenneth Arnold

    IT IS SO ORDERED.

DATED: December 11, 2006        /s/ David F. Levi
                                        HONORABLE DAVID F. LEVI
                                        United States District Judge