```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814                    OK/HAV
Telephone: (916) 498-5700

Attorney for Defendant
KENNETH LYNN ARNOLD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-186 DFL |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | NON-EVIDENTIARY MOTIONS HEARING |
| ) | AND BRIEFING SCHEDULE |
| KENNETH LYNN ARNOLD, et al ) | |
| ) | |
| Defendants. ) | Date:  March 29, 2007 |
| ) | Time:  10:00 a.m. |
| _____ ) | Judge: Hon. David F. Levi |

It is hereby stipulated between the parties, Mary Grad, Assistant United States Attorney, Caro Marks, attorney for defendant Kenneth Lynn Arnold, and Candace Frye, attorney for defendant Willette King, as follows:

The non-evidentiary hearing on motions to be filed by the parties, presently scheduled for March 15, 2007, shall be continued until March 29, 2007, at 10:00 a.m.. At that hearing the Court shall determine whether an evidentiary hearing is necessary and set the schedule accordingly.

The new briefing schedule is set as follows:

Defendants' motion due by **March 1, 2007;**

1      Government's Response due by **March 15, 2007;**

2      Defendants' optional Reply due by **March 22, 2007;**

3      Non-evidentiary hearing on the motions on **March 29, 2007.**

4      The reason for the continuance is to allow the government
5 sufficient time to produce additional discovery to the defense, which
6 is necessary for the defense to write its motion to suppress evidence.

7      The parties stipulate and agree that time under the Speedy Trial
8 Act should be excluded pursuant to Title 18 USC §1361(h)(8)(B)(iv), and
9 Local Code T-4, to allow defense counsel reasonable time to prepare.
10 Defendant Willette King joins this request for a continuance.

12 Dated:   February 5, 2007
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Caro Marks
                                    _____
                                    CARO MARKS
                                    Senior Litigator
                                    Attorney for Defendant
                                    KENNETH LYNN ARNOLD

                                    /s/ Candace Frye
Dated: February 5, 2007             _____
                                    CANDACE FRYE
                                    Attorney at Law
                                    Attorney for Defendant
                                    WILLETTE KING

                                    MCGREGOR SCOTT
                                    United States Attorney


                                    /s/ Mary Grad
                                    _____

                                    MARY GRAD
                                    Assistant U.S. Attorney



Stip and order/Arnold/06-186

-2-

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 15, 2007 non-evidentiary motions hearing be continued to March 29, 2007, at 10:00 a.m.. The new briefing schedule for the filing of motions shall be that set out in the parties' Stipulation and [Proposed] Order to Continue Non-Evidentiary hearing and Motions Schedule.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is therefore ordered that time from the date of the signing of this order up to and including the March 29, 2007, non-evidentiary hearing shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel time to prepare, specifically, to receive outstanding discovery which is necessary for the filings of its motions.

Dated: 02/07/2007

/s/ David F. Levi

DAVID F. LEVI

Chief United States District Judge

Stip and order/Arnold/06-186