1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  KENNETH LYNN ARNOLD

FILED

MAY 3 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-06-186 EJG |
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER |
| | ) TO CONTINUE MOTIONS HEARING AND |
| KENNETH LYNN ARNOLD, | ) BRIEFING SCHEDULE |
| Defendants. | ) As modified |
| | ) Date: June 12, 2007 |
| | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, Mary Grad, Assistant United States Attorney, Caro Marks, attorney for defendant Kenneth Lynn Arnold, and Candace Frye, attorney for defendant Willette King, as follows:

Defendants shall submit their supplemental motions no later than May 7, 2007. The government shall file its response no later than May 21, 2007. The defense shall file an optional reply no later than May 28, 2007.

The hearing on motions to be filed by the parties, presently scheduled for June 4, 2007, shall be continued until June 12, 2007, except that the Court shall notify the parties no later than June 6,

1  2007, whether it shall hold an evidentiary hearing on the motions on that date.

2  The reason for the continuance is to allow the parties to receive
3  and review a transcript of the April 23, 2007 hearing on the motions
4  thus filed.

5  Time under The Speedy Trial clock is already excluded by
6  submission of th parties' motions, Title 18 U.S.C. § 1361(h)(1)(F),
7  Local Code E, and the parties stipulate and agree that time under the
8  Speedy Trial Act should also be excluded pursuant to 18 U.S.C.
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27
28

Stip and order/Arnold/06-186

-2-

§3161(h)(8)(B)(iv), to allow defense counsel reasonable time to prepare.

Dated: April 29, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS

Attorney for Defendant
KENNETH LYNN ARNOLD

/s/ Candace Frye
_____

Dated: April 29, 2007

CANDACE FRYE
Attorney at Law
Attorney for Defendant
WILLETTE KING

MCGREGOR SCOTT
United States Attorney

/s/ Mary Grad
_____

MARY GRAD
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED

EDWARD J. GARCIA  5/3/07

Senior United States District Judge

Stip and order/Arnold/06-186

-3-