IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

KENNETH LYNN ARNOLD and
WILLETTE ELLISHA KING.

        Defendants.
_____/

REASSIGNMENT ORDER

Cr. S-06-186 DFL

    Good cause appearing, and according to Local Rule, Appendix A(f)(1), this case has been reassigned to Judge Edward J. Garcia for all further proceedings.

    Henceforth, the parties shall please take note that all documents in this reassigned case hereafter filed with the Clerk of the Court shall bear case number Cr. S-06-186 EJG.

    IT IS FURTHER ORDERED that all dates presently set before Judge David F. Levi be vacated from his calendar.

//

1     IT IS ALSO ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of criminal cases to
3 compensate for this reassignment.
4     IT IS SO ORDERED.

6 DATED: June 12, 2007
                                /s/ David F. Levi
7                               DAVID F. LEVI
                                United States District Judge

10     Having reviewed the file, I accept assignment of this
11  case for all further proceedings.

13 DATED:  June 12, 2007
                                 /s/ Edward J. Garcia
                                EDWARD J. GARCIA
14                              United States District Judge