**Candace A. Fry**
Attorney at Law
2401 Capitol Avenue
Sacramento, CA 95814
Telephone: (916)446-9322
FAX: (916)446-0770   E-mail: FryEsq@aol.com



**Date:**  June 24, 2005

**To:**  Colleen Lydon, Courtroom Clerk (EJG)

**From:** Candace A. Fry

**Re:**  U.S. v. Willette King
No. CR.S-06-186

    This will confirm that by agreement between myself, case AUSA Mary Grad and Supervising Probation Officer Karen Muesling, judgment and sentencing in the above matter now calendared for August 24, 2007, shall be continued for one week to August 31, 2007, at 10:00 a.m. before Judge Garcia.

    Accordingly, the presentence report schedule shall be extended by one week to the following dates: written objections due by August 10, 2007; final report filed August 17, 2007; and motion for correction of report filed by August 24, 2007.

    Thank you for your assistance.

**IT IS SO ORDERED**

8/9/07